134

GRAVES, Presiding Judge.

The complaint and information, as well as all other matters of procedure, appear regular. The record is before this court without a statement of facts or bills of exception, in the absence of which no question is presented for review.

The judgment is affirmed.

## KIMBRELL v. STATE.

### No. 25146.

Court of Criminal Appeals of Texas.

Feb. 7, 1951.

## GIACONA v. STATE.

### No. 25143.

Court of Criminal Appeals of Texas.

Feb. 7, 1951.

No attorney on appeal, for appellant.

A. C. Winborn, Criminal Dist. Atty., E. T. Branch, Asst. Dist. Atty., Houston, George P. Blackburn, State's Atty., of Austin, for the State.

No attorney on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

GRAVES, Presiding Judge.

The conviction is for unlawfully driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. The penalty assessed is a fine of $100.00 and confinement in the county jail for a period of ten days.

DAVIDSON, Commissioner.

Threatening to take the life of a human being is the offense; the punishment, a fine of $2,000 and confinement in jail for a period of one year.

The record before us contains neither bills of exception nor a statement of facts. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.